Alan WALLER, Appellant,

v.

Francis J. HARVEY, Secretary of the Army, Appellee.

No. 06–1327.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2007.

Before GAJARSA, and MOORE, Circuit Judges, and JORDAN,* Circuit Judge.

* Honorable Kent A. Jordan, Circuit Judge, United States Court of Appeals for the Third Circuit, sitting by designation.

## Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.